**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendants,
 AstraZeneca Pharmaceuticals LP and AstraZeneca LP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP; and ASTRAZENECA LP,<br><br>Defendants. | Civil Action No. 2:17-cv-00194-CCC-MF<br><br>**CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by counsel, file this Corporate Disclosure Statement and in support state the following:

1.   The parent company of the corporation: AstraZeneca PLC is the ultimate parent company of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP.

2.   Subsidiaries not wholly owned by the corporation: None.

3.  Any publicly held company that owns ten percent (10%) or more of the corporation: AstraZeneca PLC, the ultimate parent company of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, is publicly held.

                                      **McCARTER & ENGLISH, LLP**
                                      Attorneys for Defendants,
                                      AstraZeneca Pharmaceuticals LP and
                                      AstraZeneca LP

                                      By: */s/ Debra M. Perry*
                                            Debra M. Perry
                                            A Member of the Firm

Dated: February 7, 2017