# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JON ADKINS,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**ASTRAZENECA PHARMACEUTICALS LP, ET AL.,**
*Defendant*

CASE NUMBER: **2:17-CV-00194-CCC-MF**

TO: *(Name and address of Defendant):*

ASTRAZENECA LP
c/o The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Shea Smith**
(By) DEPUTY CLERK



ISSUED ON 2017-01-12 13:27:31, Clerk
USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-00194-CCC-MF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AstraZeneca LP
was received by me on *(date)* 01/30/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* AstraZeneca LP on *(date)* 01/30/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/01/2017

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

New Jersey Lawyers Service
2333 Route 22 West, P.O. Box 36
Union, NJ 07083
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 1/30/2017 at 3:23 PM, at Corporation Trust Company, Registered Agent, 1209 Orange St. Wilmington, DE 19801

Documents Served: Summons in a Civil Case; Civil Cover Sheet; and Complaint with Jury Demand

185164