IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| VARIOUS PLAINTIFFS,<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS LP, *et al.*,<br><br>Defendants. | Civil Action No: 16-08121   Boyd<br>Civil Action No: 16-08895   Hunter<br>Civil Action No: 17-00194   Adkins<br>Civil Action No: 17-00196   Savage<br>Civil Action No: 17-00198   Pierre<br>Civil Action No: 17-00201   Aubrey<br>Civil Action No: 17-00202   Gilyard<br>Civil Action No: 17-00203   Toney<br>Civil Action No: 17-00204   Watkins<br>Civil Action No: 17-00206   Stewart<br>Civil Action No: 17-00207   Graves<br>Civil Action No: 17-00208   Scott<br>Civil Action No: 17-00211   Carruthers<br>Civil Action No: 17-00212   Lee<br>Civil Action No: 17-00213   Wilburn<br>Civil Action No: 17-00215   Wilkerson<br>Civil Action No: 17-00216   Layton<br>Civil Action No: 17-00217   Gutierrez<br>Civil Action No: 17-00218   Hawkins<br>Civil Action No: 17-00219   Hudson<br>Civil Action No: 17-00500   Lloyd<br>Civil Action No: 17-00761   Massengill<br>Civil Action No: 17-02597   Starks<br>Civil Action No: 17-02700   Petties<br>Civil Action No: 17-02744   Robertson<br>Civil Action No: 17-02999   Peterson<br>Civil Action No: 17-03056   Henderson<br>Civil Action No: 17-03191   Boothe<br>Civil Action No: 17-03192   Holloway<br>Civil Action No: 17-03193   Valentine<br>Civil Action No: 17-03197   Allen<br>Civil Action No: 17-03200   Morris<br>Civil Action No: 17-03204   Kelley<br>Civil Action No: 17-03207   Houzer<br>Civil Action No: 17-03209   Bouler<br>Civil Action No: 17-03210   Carroll<br>Civil Action No: 17-03211   Hunter-Malone<br>Civil Action No: 17-03265   Kilian<br>Civil Action No: 17-03302   Lane<br>Civil Action No: 17-03316   Bowens<br>Civil Action No: 17-03343   Stukes<br>Civil Action No: 17-03346   Laurent<br>Civil Action No: 17-03364   Zellars<br>Civil Action No: 17-03365   Brewington<br>Civil Action No: 17-03366   Chisley |

**<u>STIPULATED AGREEMENT REGARDING PERSONAL JURISDICTION</u>**

ME1 24850069v.1

## STIPULATED AGREEMENT REGARDING PERSONAL JURISDICTION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by undersigned counsel, and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("Stipulating Defendants"), by undersigned counsel, as follows:

1. Whereas, as of the date of this Stipulated Agreement, May 16, 2017, Plaintiffs have filed fifty-five (55) actions in the District of New Jersey seeking damages for kidney injuries allegedly caused by ingestion of proton pump inhibitors ("PPIs") manufactured and sold by Stipulating Defendants ("Presently Filed Cases").

2. Whereas, as of the date of this Stipulated Agreement, of the Presently Filed Cases, forty-five (45) cases have been filed by Plaintiffs who do not reside in the State of New Jersey ("Presently Filed Nonresident Cases"):

| Civil Action No: | Plaintiff |
|---|---|
| 16-08121 | Boyd |
| 16-08895 | Hunter |
| 17-00194 | Adkins |
| 17-00196 | Savage |
| 17-00198 | Pierre |
| 17-00201 | Aubrey |
| 17-00202 | Gilyard |
| 17-00203 | Toney |
| 17-00204 | Watkins |
| 17-00206 | Stewart |
| 17-00207 | Graves |
| 17-00208 | Scott |
| 17-00211 | Carruthers |
| 17-00212 | Lee |
| 17-00213 | Wilburn |
| 17-00215 | Wilkerson |
| 17-00216 | Layton |
| 17-00217 | Gutierrez |
| 17-00218 | Hawkins |
| 17-00219 | Hudson |
| 17-00500 | Lloyd |
| 17-00761 | Massengill |
| 17-02597 | Starks |

1

| | |
|---|---|
| Civil Action No: 17-02700 | Petties |
| Civil Action No: 17-02744 | Robertson |
| Civil Action No: 17-02999 | Peterson |
| Civil Action No: 17-03056 | Henderson |
| Civil Action No: 17-03191 | Boothe |
| Civil Action No: 17-03192 | Holloway |
| Civil Action No: 17-03193 | Valentine |
| Civil Action No: 17-03197 | Allen |
| Civil Action No: 17-03200 | Morris |
| Civil Action No: 17-03204 | Kelley |
| Civil Action No: 17-03207 | Houzer |
| Civil Action No: 17-03209 | Bouler |
| Civil Action No: 17-03210 | Carroll |
| Civil Action No: 17-03211 | Hunter-Malone |
| Civil Action No.: 17-3265 | Kilian, Pamela |
| Civil Action No.: 17-3302 | Lane, Marilyn |
| Civil Action No.:17-3316 | Bowens, Danny |
| Civil Action No.: 17-3364 | Zellars, Randell |
| Civil Action No.: 17-3365 | Brewington, Michael |
| Civil Action No.: 17-3366 | Chisley, Ethel |
| Civil Action No.: 17-3343 | Stukes, Dorothy |
| Civil Action No.: 17-3346 | Laurent, Inez |

3. Whereas, with regard to the Presently Filed Nonresident Cases, the Stipulating Defendants have, to date, challenged personal jurisdiction and venue in the District of New Jersey.

4. Whereas, the Stipulating Defendants still contend that personal jurisdiction is lacking in the District of New Jersey with regard to the Presently Filed Nonresident Cases and, further, that venue is improper, notwithstanding the proposed Amended Complaint provided by counsel for Plaintiffs on May 1, 2017.

5. Notwithstanding, for the convenience of the Court and in the interest of judicial economy, and in consideration of the mutual promises and agreements made herein, Plaintiffs and Stipulating Defendants agree as follows:

a. Stipulating Defendants agree to waive any existing defense concerning personal jurisdiction and venue in the District of New Jersey that currently exists with regard to the Presently Filed Nonresident Cases.

b. With regard to any action(s) seeking damages for kidney injuries allegedly caused by ingestion of PPIs manufactured and sold by Stipulating Defendants filed after the date of this Stipulated Agreement in the District of New Jersey by any plaintiff(s) who do not reside in the State of New Jersey ("Future Filed Nonresident Case(s)"), Stipulating Defendants agree not to challenge personal jurisdiction and venue for a period of eight (8) months from the date each action is filed ("Preservation Period for Future Filed Nonresident Cases"). The parties agree that during this period, any and all rights to challenge personal jurisdiction and venue in the District of New Jersey for Future Filed Nonresident Case(s) is preserved.

c. Following the expiration of the Preservation Period for each Future Filed Nonresident Case, if the Stipulating Defendants does not challenge personal jurisdiction and/or venue with regard to any Future Filed Nonresident Case within 30 days, the Stipulating Defendants agree to waive, at that time, all rights to challenge personal jurisdiction and venue in the District of New Jersey for said case.

d. The parties agree that all Presently Filed Nonresident cases and Future Filed Nonresident cases will complete a Plaintiff Fact Sheet, for which the applicable form and schedule will be addressed under a separate order of the Court. However, the parties agree that the Plaintiff Fact Sheet will provide pharmacy records or other records demonstrating use of the proton pump

3

Case 2:17-cv-03366-CCC-MF   Document 4   Filed 05/19/17   Page 5 of 5 PageID: 46

inhibitor product(s) alleged in the complaint and medical records demonstrating diagnosis of the injury alleged in the complaint and/or the appropriate authorizations to obtain such information.

IT IS SO STIPULATED.

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANTS: ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP |
|---|---|
| *signature* 5-16-17<br>CHRISTOPHER A. SEEGER   Dated<br>SEEGER WEISS LLP<br>77 Water Street, 26th Floor<br>New York, NY 10005<br>Phone: 212-584-0700<br>Email: cseeger@seegerweiss.com | *signature* 5-17-17<br>DEBRA M. PERRY, ESQ.   Dated<br>GREGORY JOSEPH HINDY, ESQ.<br>JAMES J. FREBERRY, ESQ.<br>MAKENZIE WINDFELDER, ESQ.<br>MCCARTER & ENGLISH, LLP<br>4 Gateway Center, 100 Mulberry Street<br>Newark, NJ 07102<br>Phone: 973-622-4444<br>Email: dperry@mccarter.com;<br>ghindy@mccarter.com;<br>jfreebery@mccarter.com;<br>mwindfelder@mccarter.com |
| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANTS: ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP |
| *signature* 5-16-17<br>MICHAEL S. TARRINGER   Dated<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Phone: 215-923-9300<br>Email: dnast@nastlaw.com | *signature* May 16, 2017<br>AMY K. FISHER, ESQ.   Dated<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200<br>Phone: 317-5842<br>Email: Amy.Fisher@icemiller.com |
| COUNSEL FOR PLAINTIFFS:<br><br>*signature* 5-17-17<br>TRACY A. FINKEN, ESQ.   Dated<br>ANAPOL WEISS<br>1040 Kings Highway North, Suite 304<br>Cherry Hill, New Jersey 08034<br>Phone: 215-735-1130<br>Email: tfinken@anapolweiss.com | |

4

SO ORDERED

*signature*
Claire C. Cecchi, U.S.D.J.

May 19, 2017